No. 19. FAULKNER *v.* GIBBS, *ante,* p. 267. Rehearing denied.

No. 139. MARIO MERCADO E HIJOS *v.* BRANNAN, SECRETARY OF AGRICULTURE, *ante,* p. 820. Rehearing denied.

No. 170. PARK-IN THEATRES, INC. *v.* LOEW'S DRIVE-IN THEATRES, INC., *ante,* p. 822. Rehearing denied.

No. 263. BENT ET AL. *v.* UNITED STATES, *ante,* p. 829. Rehearing denied.

No. 310. CENTRAL ELECTRIC & GAS CO. *v.* MATTSON, ADMINISTRATOR, ET AL., *ante,* p. 868. Rehearing denied.

No. 311. SORRENTINO *v.* UNITED STATES, *ante,* p. 868. Rehearing denied.

No. 332. DYE, WARDEN, *v.* JOHNSON ET AL., *ante,* p. 863. Rehearing denied.

No. 342. VINSONHALER ET AL., DOING BUSINESS AS KGHI BROADCASTING SERVICE, ET AL. *v.* BEARD, COLLECTOR, *ante,* p. 863. Rehearing denied.

No. 5, Misc. TANUZZO ET AL. *v.* UNITED STATES, *ante,* p. 815. Rehearing denied.

No. 59, Misc. EDELSON *v.* THOMPSON, WARDEN, *ante,* p. 874. Rehearing denied.

No. 81, Misc. EAGLE *v.* CHERNEY ET AL., *ante,* p. 837. Rehearing denied.

No. 174, Misc. SCHUMAN *v.* HEINZE, WARDEN, *ante,* p. 863. Rehearing denied.